```
 1  Katherine M. Dugdale, Bar No. 168014
     KDugdale@perkinscoie.com
 2  Audra M. Mori, Bar No. 162850
     AMori@perkinscoie.com              NOTE: CHANGES MADE BY THE COURT
 3  PERKINS COIE LLP
     1888 Century Park E., Suite 1700
 4  Los Angeles, CA  90067-1721
     Telephone: 310.788.9900
 5  Facsimile: 310.788.3399

 6  Attorneys for Plaintiff
     MICROSOFT CORPORATION
 7
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>TECHNOVARE SYSTEMS, INC., a California corporation; and BARRY HSIEH, an individual,<br><br>        Defendants. | Case No. SACV 14-0580 AG-(JPRx)<br><br>[PROPOSED] ORDER RE STIPULATION FOR PERMANENT INJUNCTION |

The Court having considered the Stipulated Permanent Injunction executed between Plaintiff Microsoft Corporation and Defendant Technovare Systems, Inc., a California corporation, (collectively, the "Parties") as part of the settlement in this matter,

IT IS HEREBY ORDERED that Defendant Technovare Systems, Inc. ("Technovare") along with those specified at F.R.C.P. 65(d)(2), shall be and hereby are PERMANENTLY ENJOINED and restrained from:

 (a) imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license

41826-5600.0110/LEGAL123911521.1

agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

    (1)    1,200,236 ("MICROSOFT");

    (2)    1,256,083 ("MICROSOFT");

    (3)    1,872,264 ("WINDOWS");

    (4)    2,744,843 (COLORED FLAG DESIGN);

or the software programs, components, EULA, items or things protected by the following Certificate of Copyright Registration No.:

    (1)    TX 7-009-361 ("Windows 7");

    (2)    TX-6-508-905 ("Windows Vista");

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

    (b)    manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

    (c)    using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

    (d)    using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that

1  any software, component, EULA, item, or thing has been manufactured, produced,
2  distributed, offered for distribution, advertised, promoted, displayed, licensed,
3  sponsored, approved, or authorized by or for Microsoft, when such is in fact not
4  true;

5      (e)    engaging in any other activity constituting an illegal distribution
6  of any Microsoft software, component, EULA, Certificate of Authenticity, item, or
7  thing and/or constituting an infringement of any of Microsoft's trademarks, service
8  mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit
9  these trademarks, service mark, and/or copyrights or constituting any illegal
10 dilution of Microsoft's name, reputation, or goodwill; and

11     (f)    assisting, aiding, or abetting any other person or business entity
12 in engaging in or performing any of the activities referred to in paragraphs (a)
13 through (e) above.

15 **IT IS SO ORDERED.**

17 Dated: November 4, 2014

18 THE HONORABLE ANDREW J. GUILFORD
   United States District Court Judge